UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BELKS MEDIA, a Hong Kong business entity,<br><br>    Plaintiff,<br><br>    vs.<br><br>ONLINENIC, a California corporation; and BELKS STORES SERVICES, INC., a North Carolina corporation,<br><br>    Defendants. | Case No:  C 09-00198 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting Report and Recommendation,

IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Cross-Complainant Belk Store Services, Inc. ("Belk") on its claims against China Internet Ltd. ("CIL"), as follows:

1. CIL shall pay Belk the following amounts:

    a. $60,000.00 in actual damages;

    b. $13,283.00 in attorneys' fees; and

    c. $412.10 in costs.

2. CIL and each of its agents, servants, employees and all those persons in concert or participation with CIL, are hereby permanently restrained and enjoined from directly or indirectly: (i) registering, trafficking in, or using any domain name that is identical or confusingly similar to the BELK marks; (ii) falsely representing or causing confusion in any manner such that the public would tend to falsely associate CIL's business, services, or products as being the same as, or related to, approved by, sponsored by, affiliated with, or otherwise having any relationship with Belk or its business, services,

1 | and products; and (iii) assisting, aiding, or abetting any other person or business entity in
2 | engaging in or performing any of the said activities.
3 |     IT IS SO ORDERED.
4 | Dated: October 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge